STEPHEN H. SMITH, Bar #101377
shsmith@yokasmith.com
R. Bryan Martin, Bar #221684
bmartin@yokasmith.com
Nicholas Von Der Lancken, Bar #292678
nvonderlancken@yokasmith.com
YOKA & SMITH, LLP
445 South Figueroa St., 38th Floor
Los Angeles, California 90071
Phone:  (213) 427-2300
Fax:      (213) 427-2330

Attorneys for Defendants, BRP US Inc. and Bombardier Recreational Products Inc.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY SHAW, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>  vs.<br><br>BRP US, INC.; BOMBARDIER RECREATIONAL PRODUCTS, INC.; and Does 1 through 10, inclusive,<br><br>    Defendants. | Case No.:  5:19-cv-01830-PM-KK)<br><br>**STIPULATION TO EXTEND TIME FOR BRP US INC. TO RESPOND TO PLAINTIFF'S COMPLAINT; ORDER**<br><br>Service of Waiver of Summons: November 15, 2020<br>Current Response Date: January 14, 2020<br>New Response Date: February 13, 2020<br><br>Honorable Percy Anderson |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys that Defendant BRP US INC. may have additional time within which to answer or otherwise respond to Plaintiff's Complaint. Therefore, the last day for Defendant BRP US INC. to answer or otherwise respond to Plaintiff's Complaint is

Tuesday February 13, 2020. No prior extension has been requested by BRP US INC. and the stipulated extension is thirty (30) days in length.

Good cause exists for this extension as Plaintiff's complaint names both BRP US Inc. (a United States Corporation) and Bombardier Recreational Products Inc. (a Canadian Corporation) as defendants in this litigation. Pursuant to FRCP 12, if a defendant has timely waived served under FRCP 4(d), the responsive pleading is due "within 60 days after the request for a waiver was sent, or within 90 days after it was sent to the defendant outside any judicial district of the United States." Given that defense counsel represents both defendants and both defendants timely waived service, the stipulated extension of time allows each defendant to respond to Plaintiff's complaint on the same date rather than requiring the domestic defendant to respond 30 days sooner.

This document is being electronically filed through the Court's ECF System. In this regard, counsel for Defendants hereby attests that (1) the content of this document is acceptable to all persons required to sign the document; (2) Plaintiff's counsel has concurred with the filing of this document; and (3) a record supporting this concurrence is available for inspection or production if so ordered.

DATED: January 20, 2020                    MCCUNE WRIGHT AREVALO LLP

                                           BY: /s/ David C. Wright[1]
                                                DAVID C. WRIGHT
                                           Attorneys for Plaintiff and Putative Class

---

[1] Pursuant to Local Rule 5-4.3.4(2), the filer attests that all signatories listed, an on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

1 | DATED: January 20, 2020

YOKA & SMITH, LLP

BY: /s/ Nicholas von der Lancken
    STEPHEN H. SMITH
    R. BRYAN MARTIN
    NICHOLAS VON DER LANCKEN
Attorneys for Defendant, BRP US Inc. and Bombardier Recreational Products Inc.

# PROOF OF SERVICE
## JEFFREY SHAW v. BRP US INC.
### USDC, Central District, Case No. 5:19-cv-01830-PA-KK

I, the undersigned, declare as follows:

I am a citizen of the United States, over the age of 18 years, and not a party to, or interested in the within entitled action. I am an employee of YOKA & SMITH, LLP, and my business address is 445 S. Figueroa, 38th Floor, Los Angeles, California 90071.

On January 20, 2020, I served the following document(s): **STIPULATION TO EXTEND TIME FOR BRP US INC. TO RESPOND TO PLAINTIFF'S COMPLAINT; ORDER** on the following parties in this action addressed as follows:

| | |
|---|---|
| David C. Wright, SB#177468<br>dcw@mccunewright.com<br>Mark I. Richards, SB#321252<br>mir@mccunewright.com<br>McCUNE WRIGHTS AREVALO LLP<br>3281 East Guasti Road, Suite 100<br>Ontario, CA 91761<br>(909) 557-1250   Fax (909) 557-1275<br><br>- *Attorney for Plaintiff, Jeffrey Shaw* | |

[ ]     BY UNITED STATES MAIL: I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses listed above. I placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

[ ]     BY OVERNIGHT DELIVERY: I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses listed above. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

[ ]     BY PERSONAL SERVICE: I caused to be served each document listed above by hand to each addressee above. Delivery was made to the attorney

1
2
or at the attorney's office by leaving the documents in an envelope or package clearly labeled to identify the attorney being served with a receptionist or an individual in charge of the office.

3
4
5
6
[ ]   BY FAX TRANSMISSION: By use of facsimile machine number (213) 427-2330, I served a copy of the within document(s) on the above interested parties at the facsimile numbers listed above. The transmission was reported as complete and without error. The transmission report was properly issued by the transmitting facsimile machine.

7
8
9
10
[X]   BY ELECTRONIC SERVICE VIA CM/ECF SYSTEM: In accordance with the electronic filing procedures of this Court, service has been effected on the aforementioned party(s) above, whose counsel of record is a registered participant of CM/ECF, via electronic service through CM/ECF system on January 20, 2020.

11
12
   I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed on January 20, 2020, at Los Angeles, California.

13
14
*/s/ Sheila Lara*
*SHEILA LARA*

15
16
17
18
19
20
21
22
23
24
25
26
27
28