David C. Wright, State Bar No. 177468
dcw@mccunewright.com
Steven A. Haskins, State Bar No. 238865
sah@mccunewright.com
Mark I. Richards, State Bar No. 321252
mir@mccunewright.com
**MCCUNE WRIGHT AREVALO LLP**
3281 East Guasti Road, Suite 100
Ontario, California 91761
Telephone: (909) 557-1250
Facsimile: (909) 557-1275

Attorneys for Plaintiff and the Putative Class

## IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY SHAW, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BRP US, INC.; BOMBARDIER RECREATIONAL PRODUCTS, INC.; and Does 1 through 10, inclusive,<br><br>Defendants. | Case No: 5:19-cv-1830-PA-KK<br><br>**STIPULATION TO SET BRIEFING SCHEDULE FOR MOTION TO DISMISS TO BE HEARD GREATER THAN 35 DAYS FROM THE DATE OF FILING**<br><br>**([Proposed] ORDER filed concurrently herewith)** |

Plaintiff Jeffrey Shaw and Defendants BRP US, Inc., and Bombardier Recreational Products, Inc., by and through their undersigned counsel, stipulate as follows:

WHEREAS, Plaintiffs filed the Complaint in this action on September 24, 2019, but did not serve the Complaint and subsequently filed a First Amended Complaint on November 15, 2019;

WHEREAS, on December 17, 2019, counsel for Defendants provided counsel for Plaintiff's with an executed waiver of service of summons that had been provided to him on November 15, 2019, and counsel for Plaintiff filed the executed waivers of service of

-1-

Stip. to Set Briefing Schedule for Mot. to Dismiss to be Heard Greater than 35 Days from the Date of Filing
Case No.: 5:19-cv-1830-PA-KK

summons on behalf both Defendants on December 18, 2019.  (Waivers of Service Executed, ECF Nos. 17 and 18.);

**WHEREAS**, Defendant BRP US, Inc.'s and Bombardier Recreational Products, Inc.'s responsive pleadings were due 60 days and 90 days, respectively, from the date of service of the waiver of summons and deadline to respond to the First Amended Complaint;

**WHEREAS**, on January 20, 2020, the Court approved the stipulation of the parties requesting an additional 30 days for Defendant BRP US Inc., to file a responsive pleading;

**WHEREAS**, Defendants BRP US, Inc., and Bombardier Recreational Products, Inc., will be filing a Motion to Dismiss on February 13, 2020;

**WHEREAS**, counsel for Plaintiff will be engaged in trial in the Superior Court of the State of California in and for San Diego County beginning on March 13 and will be outside the State of California from March 25, 20020, through March 28, 2020;

**WHEREAS**, pursuant to the Court's Standing Order, a party cannot reserve a motion hearing date greater than 35 days form the filing of a motion without Court order;

**WHEREAS**, counsel for Plaintiff and Defendants have met and conferred agree upon mutually convenient hearing date and briefing schedule;

**THEREFORE, IT IS HEREBY AGREED AND STIPULATED AND THE PARTIES REQUEST** that Defendants BRP US Inc., and Bombardier Recreational Products Inc.'s Motion to Dismiss the First Amended Complaint shall be set for hearing

//
//
//
//
//
//

-2-

Stip. to Set Briefing Schedule for Mot. to Dismiss to be Heard Greater than 35 Days from the Date of Filing
Case No.: 5:19-cv-1830-PA-KK

on March 30, 2020, and the following briefing schedule, in accordance with Local Rules 7-9 and 7-10, shall apply:

| | |
|---|---|
| Defendants' Motion to Dismiss: | February 13, 2020 |
| Plaintiff's Opposition: | March 9, 2020 |
| Defendants' Reply: | March 16, 2020 |

February 12, 2020                                  Respectfully submitted,

McCUNE WRIGHT AREVALO, LLP          BIRD, MARELLA, BOXER,
                                    WOLPERT, NESSIM DROOKS,
                                    LINCENBURG & RHOW, P.C. LLP


By:   /s/ *David C. Wright*[i]                   By: /s/ *Nicholas von der Lancken*
        David C. Wright                              Stephen H. Smith
                                                     R. Bryan Martin
    Attorney for Plaintiff                           Nicholas von der Lancken
    Jeffrey Shaw
                                                 Attorneys for Defendants
                                                 BRP US Inc. and Bombardier
                                                 Recreational Products Inc.

---

[i] **ECF ATTESTATION**
        I, David C. Wright, am the ECF User whose ID and password are being used to file this **STIPULATION TO SET BRIEFING SCHEDULE FOR MOTION TO DISMISS TO BE HEARD GREATER THAN 35 DAYS FROM THE DATE OF FILING**. In accordance with Local Rule 5-4.3.4, concurrence in and authorization of the filing of this document has been obtained from Marc E. Masters, counsel for Defendant, and I shall maintain records to support this concurrence for subsequent production for the Court if so ordered or for inspection upon request by a party.

-3-

Stip. to Set Briefing Schedule for Mot. to Dismiss to be Heard Greater than 35 Days from the Date of Filing
Case No.: 5:19-cv-1830-PA-KK